**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Suliveras | CHAPTER 13 |
| Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey | BKY. NO. 22-12103 PMM |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
17 Aug 2022, 13:18:30, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322