UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Anthony Suliveras<br>Katherine Maxey Suliveras | Chapter 13 |
| Debtor(s) | Bankruptcy No. 22-12103-pmm |

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtors are granted an extension of time, to September 6, 2022, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

BY THE COURT:

Dated: 8/26/22

*Patricia M. Mayer*

**United States Bankruptcy Judge**
Hon. Patricia M. Mayer