United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12103-pmm

Anthony Suliveras    Chapter 13

Katherine Maxey Suliveras

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Aug 26, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Suliveras, Katherine Maxey Suliveras, 413 Nottingham Avenue, Lancaster, PA 17601-3017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

**Name**      **Email Address**

MICHAEL D. HESS
     on behalf of Joint Debtor Katherine Maxey Suliveras amburke7@yahoo.com

MICHAEL D. HESS
     on behalf of Debtor Anthony Suliveras amburke7@yahoo.com

REBECCA ANN SOLARZ
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Aug 26, 2022     Form ID: pdf900     Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br>   Anthony Suliveras<br>   Katherine Maxey Suliveras<br><br>               Debtor(s) | Chapter 13<br><br>Bankruptcy No. 22-12103-pmm |
|---|---|

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtors are granted an extension of time, to September 6, 2022, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

BY THE COURT:

Dated: 8/26/22

_____
**United States Bankruptcy Judge**
Hon. Patricia M. Mayer