**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO:   22-12103-pmm |
| **Anthony Suliveras** | : | |
| **Katherine Maxey Suliveras** | : | Chapter 13 |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of September, 2022, a true and correct copy of Debtor's Chapter 13 Plan was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Anthony Suliveras
Katherine Maxey Suliveras
413 Nottingham Avenue
Lancaster, PA 17601

      /s/ Michael D. Hess
Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601