United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12103-pmm |
| Anthony Suliveras | Chapter 13 |
| Katherine Maxey Suliveras | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 13, 2022 | Form ID: 309I | Total Noticed: 86 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Suliveras, Katherine Maxey Suliveras, 413 Nottingham Avenue, Lancaster, PA 17601-3017 |
| tr | + | SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606-2265 |
| 14712550 | + | Accounts Advocate Agency, Po Box 231, Shoemakersville, PA 19555-0231 |
| 14712551 | | American Education Services, PO Box 65093, Baltimore, MD 21264-5093 |
| 14712552 | | American Express, PO Box 410, Ramsey, NJ 07446-0410 |
| 14712553 | + | American Home Shield, PO Box 1259, Dept# 127975, Oaks, PA 19456-1259 |
| 14712559 | | Cardiology Care for Children, 1834 Oregon Pike, Ste. 20, Lancaster, PA 17601-6463 |
| 14712562 | | Community Anesthesia Associates LTD, PO Box 826565, Philadelphia, PA 19182-6565 |
| 14712563 | + | Community Services Group, 320 Highlands Drive, Mountville, PA 17554-1232 |
| 14712564 | | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712572 | | Computer Credit, LLC, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712578 | | Family Practice Center, PC, 7 Dock Hill Road, Middleburg, PA 17842-8910 |
| 14712579 | | Financial Resources FCU, PO Box 6999, Bridgewater, NJ 08807-0999 |
| 14712584 | | Genesight, PO Box 645685, Cincinnati, OH 45264-5685 |
| 14712594 | + | Lancaster Ear, Nose & Throat, 930 Red Rose Court, Suite 301, Lancaster, PA 17601-1981 |
| 14712595 | | Lancaster Family Allergy, 730 Eden Road, Suite 301, Lancaster, PA 17601-4725 |
| 14712596 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712601 | + | Lancaster Orthopedic Group, 231 Granite Run Drive, Lancaster, PA 17601-6816 |
| 14712602 | + | Lancaster Radiology Association, PO Box 3216, Lancaster, PA 17604-3216 |
| 14712603 | + | Manning, Rommel & Thode Associates, 2115 Noll Drive, Lancaster, PA 17603-7600 |
| 14712604 | | Medical Diagnostic Laboratories, 2439 Kuser Road, Dallas, PA 18690-3303 |
| 14712605 | + | MidAtlantic Endoscopy, 2112 Harrisburg Pike, Suite 202, Lancaster, PA 17601-2644 |
| 14712606 | | Myriad Neuroscience, PO Box 645685, Cincinnati, OH 45264-5685 |
| 14712610 | | Neurology and Stroke Associates, PC, 640 E. Oregon Road, Lititz, PA 17543-9202 |
| 14712626 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |
| 14712622 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 14712623 | + | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712627 | + | Pulmonary Associates of Lancaster, 540 N. Duke Street, Suite 244, Lancaster, PA 17602-2374 |
| 14712637 | + | RGAL Anesthesia Servcies, po bOX 782167, Philadelphia, PA 19178-2167 |
| 14712631 | + | Radius Global Solutions LLC, PO Box 1259, Dept.#126233, Oaks, PA 19456-1259 |
| 14712632 | + | Regional GI, Po Box 782167, Philadelphia, PA 19178-2167 |
| 14712638 | + | Rocket Mortgage, PO Box 202070, Florence, SC 29502-2070 |
| 14712640 | + | Sims Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 14712643 | | Temple Health, PO Box 824925, Philadelphia, PA 19182-4925 |
| 14713027 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14712648 | | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712647 | | UPMC in Central PA, Po Box 826813, Philadelphia, PA 19182-6813 |
| 14712653 | | Wellspan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 14712654 | | Wellspan Philhaven, 283 South Butler Road, Mount Gretna, PA 17064-6085 |
| 14712656 | + | Woodstone Timeshare Owners Association, PO Box 1227, Harrisonburg, VA 22803-1227 |

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 309I | Total Noticed: 86 |

14712657  Young's Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: amburke7@yahoo.com | Sep 14 2022 00:17:00 | MICHAEL D. HESS, BURKE & HESS, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| smg | + Email/Text: taxclaim@countyofberks.com | Sep 14 2022 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 14 2022 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 14 2022 00:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14712556 | Email/Text: legal@arsnational.com | Sep 14 2022 00:17:00 | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 14712554 | ^ MEBN | Sep 14 2022 00:13:31 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14712574 | Email/Text: cfcbackoffice@contfinco.com | Sep 14 2022 00:17:00 | Continental Finance, Matrix Mastercard, PO Box 3220, Buffalo, NY 14240-3220 |
| 14712558 | + EDI: CAPITALONE.COM | Sep 14 2022 04:23:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14712561 | + EDI: CITICORP.COM | Sep 14 2022 04:23:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14712567 | Email/Text: Collections_Bankruptcies@encoreexchange.com | Sep 14 2022 00:17:00 | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712575 | + EDI: CCS.COM | Sep 14 2022 04:23:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14712577 | EDI: DISCOVER.COM | Sep 14 2022 04:23:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14716632 | EDI: DISCOVER.COM | Sep 14 2022 04:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712580 | EDI: BLUESTEM | Sep 14 2022 04:23:00 | Fingerhut, Po Box 70281, Philadelphia, PA 19176-0281 |
| 14712582 | EDI: AMINFOFP.COM | Sep 14 2022 04:23:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14712581 | EDI: AMINFOFP.COM | Sep 14 2022 04:23:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14712585 | EDI: PHINGENESIS | Sep 14 2022 04:23:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14712587 | + Email/Text: mstover@gercls.com | Sep 14 2022 00:18:00 | Great Eastern Resort Corporation, PO Box 6006, Charlottesville, VA 22906-6006 |
| 14712588 | EDI: IRS.COM | Sep 14 2022 04:23:00 | Internal Revenue Service, Department of the Treasury, Austin, TX 73301-0025 |
| 14712589 | + EDI: RMSC.COM | Sep 14 2022 04:23:00 | JC Penney, P O Box 960090, Orlando, FL 32896-0090 |
| 14712590 | EDI: JEFFERSONCAP.COM | Sep 14 2022 04:23:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14720273 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14712591 | | Email/Text: processing@keybridgemed.com | Sep 14 2022 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14712592 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 14 2022 00:18:00 | Key Bridge, PO Box 1568, Lima, OH 45802-1568 |
| 14712593 | | Email/Text: govtaudits@labcorp.com | Sep 14 2022 00:17:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14714195 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:17:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14712607 | | Email/Text: NCI_bankonotify@ncirm.com | Sep 14 2022 00:23:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14712608 | | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2022 00:17:00 | Nationwide Credit, PO Box 10354, Des Moines, IA 50306-0354 |
| 14712611 | + | EDI: AGFINANCE.COM | Sep 14 2022 00:18:00 | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 14712613 | | Email/Text: bankruptcies@penncredit.com | Sep 14 2022 04:23:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14712612 | + | EDI: RMSC.COM | Sep 14 2022 00:17:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14713515 | + | EDI: PENNDEPTREV | Sep 14 2022 04:23:00 | Paypal Credit Services, PO Box 960006, Orlando, FL 32896-0006 |
| 14713515 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14712628 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 14 2022 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14712629 | + | Email/Text: ngisupport@radiusgs.com | Sep 14 2022 00:18:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14712633 | ^ | MEBN | Sep 14 2022 00:17:00 | Radius Global Solutions, 7831 Glenroy Road, Ste. 250, Minneapolis, MN 55439-3117 |
| 14712634 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:13:40 | Resurgent Capital Services, PO Box 1410, Troy, MI 48099-1410 |
| 14712635 | ^ | MEBN | Sep 14 2022 00:23:32 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14720658 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 14 2022 00:13:32 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14717553 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2022 00:18:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14712641 | | EDI: RMSC.COM | Sep 14 2022 00:18:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14712639 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 14 2022 04:23:00 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14712644 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2022 00:18:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14712646 | | Email/Text: bankruptcydepartment@tsico.com | Sep 14 2022 00:18:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14720772 | | EDI: WFCCSBK | Sep 14 2022 00:18:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |
| 14712651 | | EDI: WFFC.COM | Sep 14 2022 04:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | | Sep 14 2022 04:23:00 | Wells Fargo Visa, PO Box 77053, Minneapolis, |

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 309I | Total Noticed: 86 |

MN 55480-7753

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712557 | * | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 14712555 | * | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14712565 | * | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712566 | * | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712568 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712569 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712570 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712571 | * | Computer Credit Inc., 470 W.Haines Mill Road, P O Box 5238, Winston Salem, NC 27113-5238 |
| 14712573 | * | Computer Credit, LLC, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712576 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14712583 | * | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14712586 | * | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14720275 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14712600 | *+ | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712597 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712598 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712599 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712609 | * | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 14712614 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712615 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712616 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712617 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712618 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712619 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712620 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712621 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712624 | *+ | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712625 | *+ | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712630 | *+ | Radius Global Solutions, 7831 Glenroy Road, Ste. 250, Minneapolis, MN 55439-3117 |
| 14712636 | * | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14712642 | * | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14712645 | *+ | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14712649 | * | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712650 | * | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712652 | * | Wells Fargo Visa, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14712655 | * | Wellspan Philhaven, 283 South Butler Road, Mount Gretna, PA 17064-6085 |
| 14712560 | ## | Childrens Dental Health Associates, 200 Willowbrook Lane, Suite 220, West Chester, PA 19382-5697 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 13, 2022 | Form ID: 309I | Total Noticed: 86 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL D. HESS | on behalf of Joint Debtor Katherine Maxey Suliveras amburke7@yahoo.com |
| MICHAEL D. HESS | on behalf of Debtor Anthony Suliveras amburke7@yahoo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Anthony Suliveras<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6176<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Katherine Maxey Suliveras<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5495<br>EIN: __–_____ | |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: 13   8/11/22 | |
| Case number: 22–12103–pmm | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Suliveras | Katherine Maxey Suliveras |
| 2. | **All other names used in the last 8 years** | | aka Katherine Maxey, aka Katherine Wheeler, aka Katherine Wheeler Maxey |
| 3. | **Address** | 413 Nottingham Avenue<br>Lancaster, PA 17601 | 413 Nottingham Avenue<br>Lancaster, PA 17601 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. HESS<br>BURKE & HESS<br>1672 Manheim Pike<br>Lancaster, PA 17601-3028 | Contact phone (717) 391–2911<br>Email: amburke7@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/13/22 |

**For more information, see page 2**

Debtor **Anthony Suliveras** and **Katherine Maxey Suliveras**                                                      Case number **22–12103–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2022 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/17/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/20/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/7/23** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $300.00 per month for 36 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/8/22** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |