*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Anthony Suliveras and Katherine Maxey Suliveras
    Debtor(s)

Case No: 22–12103–pmm

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 12/15/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court

20
Form 152