United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12103-pmm |
| Anthony Suliveras | Chapter 13 |
| Katherine Maxey Suliveras | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 30, 2022 | Form ID: 152 | Total Noticed: 93 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Suliveras, Katherine Maxey Suliveras, 413 Nottingham Avenue, Lancaster, PA 17601-3017 |
| 14712550 | + | Accounts Advocate Agency, Po Box 231, Shoemakersville, PA 19555-0231 |
| 14712551 | | American Education Services, PO Box 65093, Baltimore, MD 21264-5093 |
| 14712552 | | American Express, PO Box 410, Ramsey, NJ 07446-0410 |
| 14712553 | + | American Home Shield, PO Box 1259, Dept# 127975, Oaks, PA 19456-1259 |
| 14712559 | | Cardiology Care for Children, 1834 Oregon Pike, Ste. 20, Lancaster, PA 17601-6463 |
| 14712562 | | Community Anesthesia Associates LTD, PO Box 826565, Philadelphia, PA 19182-6565 |
| 14712563 | + | Community Services Group, 320 Highlands Drive, Mountville, PA 17554-1232 |
| 14712564 | | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712572 | | Computer Credit, LLC, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712578 | | Family Practice Center, PC, 7 Dock Hill Road, Middleburg, PA 17842-8910 |
| 14712579 | | Financial Resources FCU, PO Box 6999, Bridgewater, NJ 08807-0999 |
| 14712584 | | Genesight, PO Box 645685, Cincinnati, OH 45264-5685 |
| 14712594 | + | Lancaster Ear, Nose & Throat, 930 Red Rose Court, Suite 301, Lancaster, PA 17601-1981 |
| 14712595 | | Lancaster Family Allergy, 730 Eden Road, Suite 301, Lancaster, PA 17601-4725 |
| 14712596 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712601 | + | Lancaster Orthopedic Group, 231 Granite Run Drive, Lancaster, PA 17601-6816 |
| 14712602 | + | Lancaster Radiology Association, PO Box 3216, Lancaster, PA 17604-3216 |
| 14712603 | + | Manning, Rommel & Thode Associates, 2115 Noll Drive, Lancaster, PA 17603-7600 |
| 14712604 | | Medical Diagnostic Laboratories, 2439 Kuser Road, Dallas, PA 18690-3303 |
| 14712605 | + | MidAtlantic Endoscopy, 2112 Harrisburg Pike, Suite 202, Lancaster, PA 17601-2644 |
| 14712606 | | Myriad Neuroscience, PO Box 645685, Cincinnati, OH 45264-5685 |
| 14712610 | | Neurology and Stroke Associates, PC, 640 E. Oregon Road, Lititz, PA 17543-9202 |
| 14712626 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12903, Norfolk, VA 23541 |
| 14712622 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 14712623 | + | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712627 | + | Pulmonary Associates of Lancaster, 540 N. Duke Street, Suite 244, Lancaster, PA 17602-2374 |
| 14712637 | + | RGAL Anesthesia Servcies, po bOX 782167, Philadelphia, PA 19178-2167 |
| 14712631 | + | Radius Global Solutions LLC, PO Box 1259, Dept.#126233, Oaks, PA 19456-1259 |
| 14712632 | + | Regional GI, Po Box 782167, Philadelphia, PA 19178-2167 |
| 14712638 | + | Rocket Mortgage, PO Box 202070, Florence, SC 29502-2070 |
| 14714255 | + | Rocket Mortgage LLC, f/k/a Quicken Loans LLC f/k/a Quicken Lo, c/o Rebecca Solarz, Esq., KML Law Group, PC, 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14712640 | + | Sims Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 14712643 | | Temple Health, PO Box 824925, Philadelphia, PA 19182-4925 |
| 14713027 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14712648 | | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712647 | | UPMC in Central PA, Po Box 826813, Philadelphia, PA 19182-6813 |
| 14720772 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14712651 | | Wells Fargo Visa, PO Box 77053, Minneapolis, MN 55480-7753 |

| | | |
|---|---|---|
| 14712653 | | Wellspan Health, PO Box 645734, Cincinnati, OH 45264-5734 |
| 14712654 | | Wellspan Philhaven, 283 South Butler Road, Mount Gretna, PA 17064-6085 |
| 14712656 | + | Woodstone Timeshare Owners Association, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 14712657 | | Young's Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 01 2022 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14712556 | | Email/Text: legal@arsnational.com | Oct 01 2022 00:16:00 | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 14724377 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2022 00:20:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14712554 | ^ | MEBN | Oct 01 2022 00:14:12 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14712574 | | Email/Text: cfcbackoffice@contfinco.com | Oct 01 2022 00:16:00 | Continental Finance, Matrix Mastercard, PO Box 3220, Buffalo, NY 14240-3220 |
| 14712558 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:20:37 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14723080 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2022 00:20:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14712561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2022 00:20:35 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14712567 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Oct 01 2022 00:16:00 | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712575 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 01 2022 00:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14712577 | | Email/Text: mrdiscen@discover.com | Oct 01 2022 00:16:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14716632 | | Email/Text: mrdiscen@discover.com | Oct 01 2022 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712580 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 01 2022 00:16:00 | Fingerhut, Po Box 70281, Philadelphia, PA 19176-0281 |
| 14712582 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 01 2022 00:20:37 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14712581 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 01 2022 00:20:34 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14712585 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2022 00:16:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14712587 | + | Email/Text: mstover@gercls.com | Oct 01 2022 00:16:00 | Great Eastern Resort Corporation, PO Box 6006, Charlottesville, VA 22906-6006 |
| 14712588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2022 00:16:00 | Internal Revenue Service, Department of the Treasury, Austin, TX 73301-0025 |
| 14712589 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 01 2022 00:20:39 | JC Penney, P O Box 960090, Orlando, FL 32896-0090 |
| 14712590 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2022 00:16:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14720273 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 01 2022 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14712591 | | Email/Text: processing@keybridgemed.com | Oct 01 2022 00:16:00 | Key Bridge, PO Box 1568, Lima, OH 45802-1568 |
| 14712592 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2022 00:16:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14712593 | | Email/Text: govtaudits@labcorp.com | Oct 01 2022 00:16:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14714195 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2022 00:20:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14712607 | | Email/Text: NCI_bankonotify@ncirm.com | Oct 01 2022 00:16:00 | Nationwide Credit, PO Box 10354, Des Moines, IA 50306-0354 |
| 14712608 | | Email/Text: bankruptcydepartment@tsico.com | Oct 01 2022 00:16:00 | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 14724037 | | Email/PDF: cbp@onemainfinancial.com | Oct 01 2022 00:20:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14712611 | + | Email/PDF: cbp@onemainfinancial.com | Oct 01 2022 00:20:34 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14712613 | | Email/Text: bankruptcies@penncredit.com | Oct 01 2022 00:16:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712612 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:38 | Paypal Credit Services, PO Box 960006, Orlando, FL 32896-0006 |
| 14713515 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2022 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14724039 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2022 00:16:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14724058 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2022 00:16:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14712628 | | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 01 2022 00:16:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14712629 | + | Email/Text: ngisupport@radiusgs.com | Oct 01 2022 00:16:00 | Radius Global Solutions, 7831 Glenroy Road, Ste. 250, Minneapolis, MN 55439-3117 |
| 14712633 | ^ | MEBN | Oct 01 2022 00:14:38 | Resurgent Capital Services, PO Box 1410, Troy, MI 48099-1410 |
| 14712634 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2022 00:20:34 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 14712635 | ^ | MEBN | Oct 01 2022 00:14:33 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14714123 | ^ | MEBN | Oct 01 2022 00:14:40 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14720658 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2022 00:16:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14717553 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 01 2022 00:16:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14712641 | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 22-12103-pmm  Doc 21  Filed 10/02/22  Entered 10/03/22 00:33:08  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: 152 | Total Noticed: 93 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 01 2022 00:20:42 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14712639 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 01 2022 00:16:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14713261 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713431 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:20:42 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14712644 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 01 2022 00:16:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14712646 | | Email/Text: bankruptcydepartment@tsico.com | Oct 01 2022 00:16:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |
| 14720772 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2022 00:20:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712557 | * | ARS National Services, INc, PO Box 469046, Escondido, CA 92046-9046 |
| 14712555 | * | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14712565 | * | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712566 | * | Complete Collection Service, 1007 N. Federal Hwy., #280, Fort Lauderdale, FL 33304-1422 |
| 14712568 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712569 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712570 | * | Computer Credit Inc., 470 W. Haines Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712571 | * | Computer Credit Inc., 470 W.Haines Mill Road, P O Box 5238, Winston Salem, NC 27113-5238 |
| 14712573 | * | Computer Credit, LLC, PO Box 5238, Winston Salem, NC 27113-5238 |
| 14712576 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14712583 | * | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14712586 | * | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14720275 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14712600 | *+ | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712597 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712598 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712599 | * | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14712609 | * | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 14712614 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712615 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712616 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712617 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712618 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712619 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712620 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712621 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14712624 | *+ | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712625 | *+ | Penn State Health Community Med Group, PO Box 488, East Petersburg, PA 17520-0488 |
| 14712630 | *+ | Radius Global Solutions, 7831 Glenroy Road, Ste. 250, Minneapolis, MN 55439-3117 |

| | | |
|---|---|---|
| 14712636 | * | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 14712642 | * | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14712645 | *+ | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14712649 | * | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712650 | * | UPMC Pinnacle, PO Box 2353, Harrisburg, PA 17105-2353 |
| 14712652 | * | Wells Fargo Visa, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14712655 | * | Wellspan Philhaven, 283 South Butler Road, Mount Gretna, PA 17064-6085 |
| 14712560 | ## | Childrens Dental Health Associates, 200 Willowbrook Lane, Suite 220, West Chester, PA 19382-5697 |

TOTAL: 0 Undeliverable, 36 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Joint Debtor Katherine Maxey Suliveras amburke7@yahoo.com |
| MICHAEL D. HESS | on behalf of Debtor Anthony Suliveras amburke7@yahoo.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Anthony Suliveras and Katherine
Maxey Suliveras

    Debtor(s)                                        Case No: 22−12103−pmm

                                                    Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 12/15/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

                                                                  For The Court

                                                                  Timothy B. McGrath
                                                                 Clerk of Court