UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Anthony Suliveras | Bankruptcy No.22-12103-PMM |
| Katherine Maxey Suliveras | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 28th day of December, 2022, by first class mail upon those listed below:

Anthony Suliveras
Katherine Maxey Suliveras
413 Nottingham Avenue
Lancaster, PA  17601

**Electronically via CM/ECF System Only:**

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA  17601-3028

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee