## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony Suliveras<br>　　　Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　Movant<br>　　　vs. | NO. 22-12103 PMM |
| Anthony Suliveras<br>Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

　　　ORDERED THAT: upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead:

　　　The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 413 Nottingham Avenue, Lancaster, PA 17601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.