# EXHIBIT C

| Lancaster County<br>Ann M. Hess<br>Recorder of Deeds<br>150 N. Queen Street<br>Suite 315<br>Lancaster, PA 17603<br>Phone: 717-299-8238<br>Fax: 717-299-8393  | INSTRUMENT # : 6698931<br>RECORDED DATE: 08/19/2022 02:31:26 PM<br><br><br>**LANCASTER COUNTY ROD** |
|---|---|
| **OFFICIAL RECORDING COVER PAGE** | Page 1 of 5 |
| **Document Type:** ASSIGNMENT OF MORTGAGE - CORPORATE<br>**Transaction Reference:** eSecureFile ;<br>**Document Reference:** | **Transaction #:**<br>**Document Page Count:**<br>**Operator Id:**  |
| **RETURN TO:** (Simplifile)<br>Rocket Mortgage LLC- Client Solutions - MANHEIM TOWNSHIP<br>1050 Woodward Ave<br>Detroit, MI 48226-3573<br>(313) 782-7186 | **SUBMITTED BY:**<br>Rocket Mortgage LLC- Client Solutions - MANHEIM TOWNSHIP<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 |
| **\* PROPERTY DATA:**<br>Parcel ID #:<br><br>Municipality:<br>School District: | |
| **\* ASSOCIATED DOCUMENT(S):**<br>Mortgage | |

| | |
|---|---|
| **FEES / TAXES:**<br>CRC #6544               $2.00<br>RIF #6543                $3.00<br>WRIT TAX               $0.50<br>PA SURCHARGE #6548   $40.25<br>RECORDING FEE: ASSIGNMENT<br>OF MORTGAGE - CORPORATE  $13.00<br>**Total:**                $58.75 | INSTRUMENT # : 6698931<br>RECORDED DATE: 08/19/2022 02:31:26 PM<br><br>I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Lancaster County, Pennsylvania.<br><br> *signature*<br><br>Ann M. Hess<br>Recorder of Deeds |

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL INFORMATION.

Parcel Number: ▮

Premises: 413 Nottingham Ave Lancaster PA, 17601

**Recording Requested By/Return To:**

Final Docs Team

1050 Woodward Ave.

Detroit, MI 48226

**This Instrument Prepared By:**

Angela Nicholson

Rocket Mortgage, LLC

1050 Woodward Ave.

Detroit, MI 48226

Tel. No.: (800) 226-6308 ext. 34780

## Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for
QUICKEN LOANS INC. ,whose address is 1901 E. Voorhees Street, Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Rocket Mortgage, LLC, FKA Quicken Loans, LLC, a corporation

organized and existing under the laws of the state of Michigan       (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226
, its successors and assigns, all its right, title and interest in and to a certain Mortgage dated    December 20, 2019 ,
made and executed by
ANTHONY SULIVERAS AND KATHERINE SULIVERAS, HUSBAND AND WIFE

whose address is   413 Nottingham Ave Lancaster PA, 17601
to and in favor of Mortgage Electronic Registration Systems, Inc ("MERS") as mortgagee, as nominee for
QUICKEN LOANS INC., its successors and assigns

following described property situated in   LANCASTER                upon the County, State of Pennsylvania :

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A

PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: ▮

Mortgage Recorded On: 12/26/2019        Book/Liber#:

Document Number: 6498838            Page#:

MIN: ▮                   MERS Phone: ▮

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
Two Hundred Fifteen Thousand Nine Hundred Seven Dollars and 00/100
    ($ 215,907.00    ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.    , at page    (or as No.
6498838    ) of the    Records of
    LANCASTER County, State of
Pennsylvania    and all rights accrued or to accrue under such Mortgage.
    TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.
    IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on August 16, 2022.

Witness: Shelia Strickland

Witness: Heather Ostrander

Attest

**Mortgage Electronic Registration Systems, Inc. ("MERS")** as mortgagee, as nominee for QUICKEN LOANS INC., its successors and assigns

By: _____ (Signature)

Name: Angela Nicholson
Title: Assistant Secretary of MERS

State of Michigan
County of Wayne
On 08/16/2022, before me Jacob Akers, a Notary Public of Michigan, personally appeared Angela Nicholson, Assistant Secretary of Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for QUICKEN LOANS INC. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Name: Jacob Akers
Title: Notary Public

```
JACOB AKERS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires December 12, 2026
Acting in the County of WAYNE
```

Assignment of Mortgage

Between:

Mortgage Electronic Registration Systems, Inc. ("MERS")

And QUICKEN LOANS INC.

Rocket Mortgage, LLC FKA Quicken Loans, LLC

Mail To: Final Docs Team
Rocket Mortgage, LLC
1050 Woodward Ave.
Detroit, MI
48226

Certificate of Residence

I, Angela Nicholson   do hereby certify that ASSIGNEE'S precise residence is 1050 Woodward Ave. Detroit, MI 48226.

Witness my hand on August 16th, 2022

_____
ASSIGNEE or Agent for ASSIGNEE

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 3 of 3

## EXHIBIT A - LEGAL DESCRIPTION

Tax Id Number(s): ▮

Land situated in the Township of Manheim in the County of Lancaster in the State of PA

ALL THAT CERTAIN LOT OR TRACT OF LAND, BEING KNOWN AS LOT NO. 4, BLOCK U, SECTION 12, SITUATE ON THE NORTH LINE OF NOTTINGHAM AVENUE, IN THE TOWNSHIP OF MANHEIM, COUNTY OF LANCASTER AND COMMONWEALTH OF PENNSYLVANIA IN THE DEVELOPMENT KNOWN AS BELAIR, AS RECORDED IN THE SUBDIVISION PLAN BOOK J-93, PAGE 135, AS FOLLOW, TO WIT:

BEGINNING AT A POINT ON THE NORTH LINE OF NOTTINGHAM AVENUE, A CORNER OF LOT NO. 3, BLOCK U; THENCE EXTENDING ALONG THE NORTH LINE OF NOTTINGHAM AVENUE, NORTH 88 DEGREES 17 MINUTES WEST, A DISTANCE OF 80.00 FEET TO A POINT, A CORNER OF LOT NO. 5, BLOCK U; THENCE EXTENDING ALONG LOT NO. 5; NORTH 01 DEGREE 43 MINUTES EAST, A DISTANCE OF 135.00 FEET TO A POINT IN LINE OF PROPERTY NOW OR LATE OF THE GRANTOR HEREIN; THENCE EXTENDING ALONG PROPERTY OF THE GRANTOR, SOUTH 88 DEGREES 17 MINUTES EAST, A DISTANCE OF 80.00 FEET TO A POINT, A CORNER OF THE AFORESAID LOT NO. 3; THENCE EXTENDING ALONG LOT NO. 3, SOUTH 01 DEGREE 43 MINUTES WEST, A DISTANCE OF 135.00 FEET TO A POINT, THE PLACE OF BEGINNING.

NOTE: The Company is prohibited from insuring the area or quantity of the land. The Company does not represent that any acreage or footage calculations are correct. References to quantity are for identification purposes only.

Commonly known as:   413 Nottingham Ave, Lancaster, PA 17601-3017

THE PROPERTY ADDRESS AND TAX PARCEL IDENTIFICATION NUMBER LISTED ARE PROVIDED SOLELY FOR INFORMATIONAL PURPOSES