**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Suliveras<br>    Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>        Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        Movant<br>    vs. | NO. 22-12103 PMM |
| Anthony Suliveras<br>Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>        Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>        Trustee | |

## CERTIFICATE OF SERVICE

        I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 01, 2023, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Anthony Suliveras
413 Nottingham Avenue
Lancaster, PA 17601
Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey
413 Nottingham Avenue
Lancaster, PA 17601

<u>Attorney for Debtor(s)</u>
Michael D. Hess, Esq.
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028
VIA ECF

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIA ECF

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: <u>June 01, 2023</u>

/s/ Michael P. Farrington, Esq.
_____

Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
 Attorneys for Movant/Applicant