**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Anthony Suliveras<br>          Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>                    Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                    Movant<br>          vs. | NO. 22-12103 PMM |
| Anthony Suliveras<br>Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                    Trustee | |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 01, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Anthony Suliveras
413 Nottingham Avenue
Lancaster, PA 17601
Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey
413 Nottingham Avenue
Lancaster, PA 17601

Attorney for Debtor(s)
Michael D. Hess, Esq.
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028
VIA ECF

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIA ECF

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: <u>June 01, 2023</u>

/s/ Michael P. Farrington, Esq.
_____
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
 Attorneys for Movant/Applicant