| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12103-PMM

| | |
|---|---|
| Anthony Suliveras | Petition Filed Date: 08/11/2022 |
| Katherine Maxey Suliveras | 341 Hearing Date: 10/18/2022 |
| 413 Nottingham Avenue | Confirmation Date: |
| Lancaster  PA     17601 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/24/2022 | $300.00 | | 11/04/2022 | $300.00 | | 12/07/2022 | $300.00 | |
| 12/27/2022 | $1.00 | | 01/03/2023 | $300.00 | | 01/18/2023 | $300.00 | |
| 03/13/2023 | $600.00 | | 04/24/2023 | $300.00 | | 05/30/2023 | $300.00 | |
| 06/20/2023 | $300.00 | | 07/17/2023 | $300.00 | | | | |

**Total Receipts for the Period: $3,301.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,301.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $867.62 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $57.55 | $0.00 | $0.00 |
| 0 | BURKE & HESS | Attorney Fees | $2,563.00 | $0.00 | $2,563.00 |
| 4 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $1,456.54 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»»  004 | Unsecured Creditors | $14,394.14 | $0.00 | $0.00 |
| 6 | SANTANDER CONSUMER USA<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»»  006 | Unsecured Creditors | $3,112.55 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»»  007 | Unsecured Creditors | $1,853.84 | $0.00 | $0.00 |
| 9 | ROCKET MORTGAGE LLC<br>»»  008 | Mortgage Arrears | $2,595.18 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»»  009 | Unsecured Creditors | $4,534.07 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»»  010 | Unsecured Creditors | $949.95 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»»  11P | Priority Crediors | $10,953.20 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»»  11U | Unsecured Creditors | $2,646.08 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $4,545.27 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12103-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE BANK (USA) NA<br>»» 013 | Unsecured Creditors | $831.80 | $0.00 | $0.00 |
| 16 | WELL SPAN<br>»» 014 | Unsecured Creditors | $456.00 | $0.00 | $0.00 |
| 17 | ONE MAIN FINANCIAL<br>»» 015 | Unsecured Creditors | $10,966.72 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $1,008.51 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $891.19 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $1,192.77 | $0.00 | $0.00 |
| 21 | AMERICAN EXPRESS NATIONAL BANK<br>»» 019 | Unsecured Creditors | $849.37 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $514.42 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $1,086.96 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $3,935.73 | $0.00 | $0.00 |
| 25 | FINANCIAL RESOURCES FEDERAL CREDIT UNION<br>»» 23S | Secured Creditors | $696.75 | $0.00 | $0.00 |
| 26 | FINANCIAL RESOURCES FEDERAL CREDIT UNION<br>»» 23U | Unsecured Creditors | $3,136.58 | $0.00 | $0.00 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 024 | Unsecured Creditors | $4,922.58 | $0.00 | $0.00 |
| 28 | NAVIENT FUNDING<br>»» 025 | Unsecured Creditors | $26,398.34 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,301.00 | | Current Monthly Payment: | $340.00 |
| Paid to Claims: | $0.00 | | Arrearages: | $779.00 |
| Paid to Trustee: | $276.08 | | Total Plan Base: | $20,400.00 |
| Funds on Hand: | $3,024.92 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.