**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Suliveras<br>　　　Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　Movant<br>　　　vs.<br><br>Anthony Suliveras<br>Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey<br>　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　Trustee | BK NO. 22-12103 PMM<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Anthony Suliveras
413 Nottingham Avenue
Lancaster, PA 17601

Katherine Maxey Suliveras a/k/a Katherine Maxey a/k/a Katherine Wheeler a/k/a Katherine Wheeler Maxey
413 Nottingham Avenue
Lancaster, PA 17601

<u>Attorney for Debtor(s)</u>
Michael D. Hess, Esq.
BURKE & HESS
1672 Manheim Pike (VIA ECF)
Lancaster, PA 17601-3028

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>October 27, 2022</u>

　　　　　　　　　　　　　**/s/Michael P. Farrington, Esq.**
　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　mfarrington@kmllawgroup.com